CLIFFORD R. POWELL and Another, as Receivers of PEQUEST DAIRY, INC., Appellants, v. MELROSE MILK COMPANY, INC.. Respondent.—Action to recover a balance due for milk products sold to the defendant. Judgment dismissing the complaint upon the merits unanimously reversed and a new trial ordered, with costs to the appellants to abide the event. The uncontradicted testimony and admissions of defendant establish that plaintiff is entitled to recovery for the goods admittedly delivered and not paid for. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARY SULLIVAN, Respondent, v. THE BRONX GAS AND ELECTRIC COMPANY, Sued Herein as "BRONX GAS AND ELECTRIC COMPANY," Appellant, Impleaded with Another.—Action for personal injuries. It is alleged that the appellant, engaged in excavating on a city street, negligently caused or permitted a large rock or boulder to roll down from the dirt embankment formed by the soil from the excavation, and that the rock struck plaintiff causing her to fall and to sustain the injuries complained of. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

TINA CANNIZZARO and Another, Respondents, v. ADCA REALTY CORP., Appellant, Impleaded with Another.—Action brought by plaintiff Tina Cannizzaro for injuries sustained by her on December 16, 1932. The complaint alleges that defendant Adca Realty Corp. permitted the sidewalk in front of premises 3690 Third avenue, Bronx, to be in an unsafe and dangerous condition. Action by plaintiff Nate Cannizzaro is for loss of services. Order denying motion of defendant-appellant for judgment on the pleadings dismissing the complaint for failure to state facts sufficient to constitute a cause of action, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, with ten dollars costs, with leave to the plaintiffs to serve an amended complaint within ten days after service of order upon payment of said costs. No opinion. ⌒ Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WILLIAM A. CARROLL, an Honorably-Discharged Soldier in the Army of the United States, Having Served as Such During the World War, Appellant, for an Order of Mandamus against JOHN McKENZIE, Commissioner of Docks of the City of New York, and THE CITY OF NEW YORK, Respondents.— Order denying petitioner's motion for a peremptory order of mandamus reinstating him to the position of dockmaster in the department of docks unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of JOHN T. MULLANE, Respondent, for a Mandamus Order against JOHN McKENZIE, Commissioner of Docks of the City of New York, and Others, Respondents, and WILLIAM A. CARROLL, Appellant.— Order entered January 15, 1935, so far as appealed from, granting reargument but adhering to the original decision, and the original order entered on or about October 29, 1934, of mandamus directing the reinstatement of the petitioner as a dockmaster in the department of docks, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.